IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00838-MOC-DSC

| | |
|---|---|
| TEMAKO MCCARTHY AND VICTOR WILLIAMS,    )<br>)<br>Plaintiffs,    )<br>)<br>v.    )<br>)<br>TASER INTERNATIONAL, INC., et al.,    )<br>)<br>Defendants.    ) | **ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [of Michael A. Brave and Isaiah Fields]" (document ## 15-16) filed January 24, 2013. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 24, 2013

David S. Cayer
United States Magistrate Judge