UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00838-MOC-DSC

| | |
|---|---|
| VICTOR WILLIAMS AND TEMAKO MCCARTHY, as co-administrators of the Estate of La-Reko Williams, </br></br> Plaintiff, </br></br> Vs. </br></br> MICHAEL FORBES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; AND CITY OF CHARLOTTE, </br></br> Defendants. | ORDER |

**THIS MATTER** is before the court on defendants' motions for summary judgment and non-party Dewitt F. McCarley's Motion to Quash Subpoena. The court has fully considered the motions for summary judgment and has done extensive work toward resolving those motions. However, before deciding those motions, the court will conduct a brief hearing at which it will listen to the audio tapes of any 911 calls, recorded dispatch traffic, and the Officer's DMVR. Defendants will be responsible for assembling such material, having transcripts that track such recordings, and having the audio ready to play at calendar call. After hearing such material the court will have a brief discussion with counsel concerning the merits of the dispositive motions and then make its decision. If the action survives, the court will resolve the Motion to Quash and then move on to selection of a jury.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' motions for summary judgment (#50 & #54) and Dewitt F. McCarley's Motion to Quash Motion (#105) are scheduled for such further proceedings as herein provided at calendar call.

Signed: June 18, 2014

Max O. Cogburn Jr.
United States District Judge