UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00838-MOC-DSC

VICTOR WILLIAMS AND
TEMAKO MCCARTHY, AS CO-
ADMINISTRATORS OF THE ESTATE OF
LA-REKO WILLIAMS,

    Plaintiffs,

Vs.                                  VERIDCT

OFFICER MICHAEL FORBES,

    Defendant.

## ISSUES

1. Was the subsequent use of the Taser by Officer Michael Forbes against La-Reko Williams after the first deployment of his Taser, objectively reasonable taking into account all of the circumstances known to Officer Forbes and existing at that time?

    ✓ No  _____ Yes

    *[If "no," answer the next question. If "yes," stop here and return your verdict]*

2. Was excessive force a proximate cause of La-Reko Williams' death?

    _____ No  ✓ Yes

    *[If "no," stop here and return your verdict. If "yes," answer the next question]*

3. What amount of actual damages is the Estate of La-Reko Williams entitled to recover for his death? $500,000