UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00838-MOC-DSC

VICTOR WILLIAMS AND )
TEMAKO MCCARTHY, AS CO- )
ADMINISTRATORS OF THE ESTATE OF )
LA-REKO WILLIAMS, )
 )
        Plaintiffs, )
 )
Vs. ) VERDICT
 )
**OFFICER MICHAEL FORBES,** )
 )
 )
        Defendant. )

## ISSUES

1. Was the excessive use of force by Officer Forbes wanton and wilful?

   √ No _____ Yes

   [If "no," stop here and return your verdict. If "yes," answer the next question]

2. What amount of punitive damages is the Estate of La-Reko Williams entitled to recover for his death? _____