UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00838-MOC-DSC

| | | |
|---|---|---|
| VICTOR WILLIAMS AND TEMAKO MCCARTHY, AS CO-ADMINISTRATORS OF THE ESTATE OF LA-REKO WILLIAMS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | JUDGMENT |
| OFFICER MICHAEL FORBES, | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** having come before the court for trial, and the jury having returned its Verdict, and consistent with such Verdict,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is **ENTERED** in favor of plaintiffs and against defendant providing that plaintiffs have and take of defendant $500,000.00, plus interest thereupon accruing at the federal Judgment Rate from date of entry of this judgment.

[signature]

Title of Signing Official
United States District Court