UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00838-MOC-DSC

| | | |
|---|---|---|
| **VICTOR WILLIAMS** | ) | |
| **TEMAKO MCCARTHY,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CITY OF CHARLOTTE** | ) | |
| **TASER INTERNATIONAL, INC.** | ) | |
| **CITY OF CHARLOTTE** | ) | |
| **RODNEY MONROE** | ) | |
| **MICHAEL FORBES,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiffs' Motion for Taxable Costs and

Attorney's Fees and Non-Taxable Costs Against Defendant Officer Michael Forbes (#150) and

defendant City of Charlotte's Motion for Attorneys' Fees and Costs (#151). While the proposed

fees and costs are substantial on both sides, they are not beyond the realm of amicable resolution.

The court will direct that the Clerk of Court place these motions on the next available civil

motions day, but require counsel for the parties to meet well in advance of that hearing in an

attempt to resolve such award(s). Having considered plaintiff's motion and reviewed the

pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Taxable Costs and

Attorney's Fees and Non-Taxable Costs Against Defendant Officer Michael Forbes (#150) and

defendant City of Charlotte's Motion for Attorneys' Fees and Costs (#151) be calendared by the

Clerk of Court on the next available hearing date.


Signed: November 17, 2014

Max O. Cogburn Jr.
United States District Judge