UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00838-MOC-DSC

| | | |
|---|---|---|
| **VICTOR WILLIAMS AND** | ) | |
| **TEMAKO MCCARTHY, as co-administrators of** | ) | |
| **the Estate of La-Reko Williams,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CITY OF CHARLOTTE; AND OFFICER** | ) | |
| **MICHAEL FORBES, in his individual and official** | ) | |
| **capacity,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the joint Motion for Consent Order.   For cause,

the parties have shown that they have, through mediation, amicably resolved the issues of costs

and attorneys fees.   The parties have agreed that attorneys for the plaintiffs will be paid

attorneys' fees and costs in the total amount of $200,000.00 as full and final payment for all fees

and costs associated with this litigation.

The court *commends* the parties and their skilled counsel in reaching such amicable

resolution, which the court finds both fair and reasonable in light of difficult issues ably litigated

in this litigation.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Consent Order (#167) is

**GRANTED**, and the proposed Consent Order (#167-2) attached to such motion is incorporated

herein by reference as if fully set forth.  Plaintiffs' Motion for Attorneys' Fees and Costs (#150)

-1-

and the Defendant City of Charlotte's Motion for Attorneys' Fees and Cost are **DENIED** as

**MOOT**.

Signed: December 30, 2014

Max O. Cogburn Jr.
United States District Judge